## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE

YOLANDA Y ORLANDO RODRIGUEZ

CASE NUMBER 07-05873 ESL

CHAPTER 13

Debtor

---

### TRUSTEE'S MOTION FOR CREDITOR'S
### POSITION REGARDING CLAIM 03

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS:**

1. Debtor(s) has/have requested authorization for a mortgage loan modification with lender, Doral Bank. The request has been approved by this Honorable Court. Dockets 18 and 23.

2. The claims' register has Doral Bank claim #03, which includes pre-petition arrears. Since the mortgage loan modification manages those arrears, this Honorable Court should order, the creditor to state their position as to whether the Trustee will continue, or not, making disbursements to said claim.

**WHEREFORE,** it is respectfully requested from this Honorable Court to issue the orders it deems appropriate and necessary for the disposition of this matter.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party in interest whom this document has been served, or any other party to the action who objects the relief sought herein, shall serve and file an

objection or other appropriate response to this document with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the document will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the Court may - in its discretion - schedule a hearing. 9013-1(h)(1).

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and creditor at the address of record.

In San Juan, Puerto Rico, this February 10, 2011.

S/ALEJANDRO OLIVERAS RIVERA
CHAPTER 13 TRUSTEE
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500   Fax 977-3521
aorecf@ch13sju.com